IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, ) | **Old Case No. 1:08cv00482 OWW GSA** <br> **New Case No. 1:08cv00482 OWW DLB** |
| ) | |
| ) | ORDER DISQUALIFYING |
| ) | MAGISTRATE JUDGE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE ) | |
| and STACY LYNN BOWEN, ) | |
| ) | |
| ) | |
| Defendants. ) | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:08-cv-00482 OWW DLB.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: __June 18, 2008__          /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

1