**Michael S. Morse, SBN 164146**
**MORSE, BOLINGER & ASSOCIATES**
**A Professional Corporation**
**2300 Contra Costa Blvd., Suite 285**
**Pleasant Hill, CA  94523**
**Phone: (925) 671-2200**

**Attorney for Plaintiff**
**Our File No.  260552/56**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, ) | CASE NO.: 1:08 CV 00482 OWW DLB |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| UNITED STATES POSTAL SERVICE, ) | **DISMISSAL OF STACY LYNN** |
| STACY LYNN BOWEN, ) | **BOWEN** |
| and ) | |
| DOES ONE THROUGH TEN, ) | |
| ) | |
| Defendants. ) | |

Having read the Plaintiff's Request for Dismissal and good cause appearing the Court orders the following:

DEFENDANT STACY LYNN BOWEN IS DISMISSED WITHOUT PREJUDICE FROM THE ENTIRE ACTION.

It is so Ordered.

Dated: July 23, 2008           /s/ OLIVER W. WANGER
                               UNITED STATES JUDGE

**PROPOSED ORDER - DISMISSAL OF STACY LYNN BOWEN**
-1-

PDF created with pdfFactory trial version www.pdffactory.com