LAWRENCE G. BROWN
Acting United States Attorney
JASON S. EHRLINSPIEL
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorney for the Defendant,
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, ) | CASE NO. 1:08-CV-00482-OWW-DLB |
| Plaintiff, ) | |
| v. ) | **JOINT STIPULATION OF** |
| ) | **DISMISSAL AND ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendant. ) | |

UNITED STATES OF AMERICA,

           Third-Party Plaintiff,
v.

PRODUCERS DAIRY FOODS, Inc.
and JOHN RALPH STEER,

           Third-Party Defendants.

Plaintiff Unigard Insurance Company, Defendant/Third-Party Plaintiff The United States of America and Third-Party Defendants Producers Dairy Foods, Inc. and John Ralph Steer, hereby stipulate and agree that this action is dismissed, with all parties to bear their own costs.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: February 9, 2009       By:    */s/ Jason Ehrlinspiel*
JASON EHRLINSPIEL
Assistant U.S. Attorney
Attorneys for Defendant

JOINT STIPULATION OF
DISMISSAL & [PROPOSED] ORDER        1

1

Dated: February 9, 2009                           MORSE, BOLINGER & ASSOCIATES

2

By:     */s/ Michael Morse*
MICHAEL S. MORSE

3

Attorneys for Unigard Insurance Company, Producers

4

Dairy Foods, Inc. and John Ralph Steer

5

6

**IT IS SO ORDERED**

7

8

Date: February 12, 2009                           /s/ OLIVER W. WANGER

9

Honorable Oliver W. Wanger

10

District Court Judge
U.S. District Court for Eastern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF
DISMISSAL & [PROPOSED] ORDER            2

PDF created with pdfFactory trial version www.pdffactory.com